■ DAVID EVANS, SR., Respondent, v JEFFREY A. STRICKLER, Appellant, et al., Defendant. [877 NYS2d 713]—Appeal from an or-

der of the Supreme Court, Erie County (Timothy J. Drury, J.), entered June 3, 2008 in a personal injury action. The order denied the motion of defendant Jeffrey A. Strickler for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 21, 2009, and filed in the Erie County Clerk's Office on February 3, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Peradotto, Carni, Green and Pine, JJ.